**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NATHAN PEACHEY, | : | |
| **Petitioner** | : | **No. 1:26-cv-01560** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| WARDEN P. SAGE, | : | |
| **Respondent** | : | |

## ORDER

**AND NOW**, on this 26th day of June 2026, after considering pro se Petitioner Nathan Peachey ("Peachey")'s petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), "Amended Motion for Party Joinder" (Doc. No. 4), "Notice of Felony Under 18 USC [sic] 4" (Doc. No. 5), two supplements to his submissions (Doc. Nos. 6, 7), exhibit (Doc. No. 8), and "Motion for PR Bond" (Doc. No. 9), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Peachey's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DEEMED FILED**;

2. Peachey's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

3. Peachey's "Amended Motion for Party Joinder" (Doc. No. 4) and "Motion for PR Bond" (Doc. No. 9) are **DENIED AS MOOT**;

4. The Clerk of Court is directed to **UPDATE** Peachey's mailing address to reflect his current incarceration at Federal Correctional Institution Fort Dix, P.O. Box 2000, Joint Base MDL, NJ 08640;

5. The Clerk of Court shall **MAIL** a copy of this Order to Petitioner at his updated mailing address, see R. 4, 28 U.S.C. foll. § 2254; and

6.      The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania